MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN (NYBN 4256178)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:    (415) 436-6888
 Fax:              (415) 436-6748
 Email: thomas.newman2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KONG WANG and FANNY WONG, | Case No. C-14-00690-VC |
| Plaintiffs, | |
| v. | STIPULATION TO CONTINUE AND ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

It is hereby stipulated by and between plaintiffs and defendant United States of America, through their respective counsel, that:

1. A case management conference is currently scheduled in this case on August 26, 2014. The August 26, 2014 case management conference was set after the parties requested a continued conference in order to allow an IRS Revenue Agent to evaluate this case.

2. The IRS Revenue Agent completed a review of this case and one issue requires resolution. In their complaint, Plaintiffs alleged that with regard to 2001 the "IRS failed to apply a payment of $82,880.69 from Ms. Wong's 2001 substituted return to the Plaintiffs' joint account." (Dkt. No. 1 at p. 2 ¶ 11). The IRS transcripts related to the 2001 tax year list an $82,880.69 payment for that

year.  However, the IRS transcripts show that the payment was removed.  For that reason, the government has asked for information related to that $82,880.69 amount from the IRS.  Plaintiffs are seeking evidence to clarify what form that payment took and provide it to the defendant.

3. The parties agree that another continuance until September 23, 2014, is appropriate before dates are set in this case.  This continuance will permit the parties to exchange information related to the $82,880.69 amount list during the 2001 year, and discuss resolution of the other years in this case.  This will narrow the issue in the case so that any discovery, motions and trial is focused on facts in dispute after this final conference.

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____         _____/s/_____
FRAMTA SAECHAO                             THOMAS NEWMAN
Attorney for Plaintiffs                    Assistant United States Attorney
                                           Tax Division

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 20, 2014

_____
VINCENT CHHABRIA
United States District Judge

Stip To Continue Case Management Conf.
Proposed Order
C-14-00690-VC                              2