UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KONG WANG, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 14-cv-00690-VC

**ORDER GRANTING PLAINTFFS' REQUEST FOR CONTINUANCE**

Re: Dkt. No. 31

The defendant has filed a motion to dismiss the plaintiffs' complaint as it relates to the 2005 and 2006 tax years. Docket No. 29. As a result of the plaintiffs' inability to meet with the IRS Agent who reviewed their file, the plaintiffs now request a continuance of the hearing on the defendant's motion and an extension of time to file a brief in opposition. The plaintiffs' request is granted. The plaintiffs may file a new opposition by December 12, 2014. The defendant's reply, if any, is due December 19, 2014. The hearing on the motion will be held on January 15, 2015, at 10:00 a.m. in Courtroom 4.

**IT IS SO ORDERED**.

Dated: December 4, 2014

_____
VINCE CHHABRIA
United States District Judge