UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KONG WANG and FANNY WONG, | CASE NO. 14-CV-690-VC |
| Plaintiffs, | |
| | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the parties' stipulation,

IT IS ORDERED THAT, the claims for tax refunds for the 2002, 2003, and 2004 years are dismissed, with prejudice;

IT IS FURTHER ORDERED THAT there is an overpayment for the 2001 tax year in the amount of $28,068.40, related to payments made within 2-years preceding the claim for refund for that year, 26 U.S.C. § 6511, plus interest from the date of payment as provided by 26 U.S.C. § 6611.

IT IS SO ORDERED.

Dated: January 21, 2015

THE HONORABLE VINCE CHHABRIA
U.S. DISTRICT JUDGE

1